# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

DARREL R. FISHER,

      Plaintiff,

v.                                          Case No. 23-0823-CV-W-BP-P

JUDGE FERNANDO J. GAITAN, JR.,

      Defendant.

- ○ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- x **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Plaintiff is granted leave to proceed as a pauper. This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii) because Plaintiff's claims are frivolous, and because he seeks monetary relief from a defendant who is immune from such relief.

Entered on: <u>November 21, 2023.</u>

                                                    PAIGE WYMORE-WYNN
                                                    CLERK OF COURT

                                                    <u>/s/ K. Willis</u>
                                                    (By) Deputy Clerk